IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LUVEN WHITEHORSE,

    Petitioner,

v.                          CASE NO. 5:11-cv-307-RS-CJK

UNITED STATES OF AMERICA, et al.,

    Respondents.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 20). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Petitioner's petition for writ of habeas corpus (Doc. 1) is **DISMISSED with prejudice** because Petitioner has not demonstrated entitlement to proceed under 28 U.S.C. § 2241.

3. Petitioner's Motion to Dismiss (Doc. 19) is **DENIED**.

4. The clerk is directed to close the file.

**ORDERED** on August 2, 2012.

                      /S/ Richard Smoak
                      **RICHARD SMOAK**
                      **UNITED STATES DISTRICT JUDGE**